[No. 7574–5–III.   Division Three.   May 12, 1987.]

LORRAINE E. GONIA, ET AL, *Appellants*, v. DEACONESS HOSPITAL, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 84–2–02823–2, John A. Schultheis, J., entered December 18, 1985. *Affirmed* by unpublished opinion per Munson, J., concurred in by Green and Swanson, JJ.

[No. 7624–5–III.   Division Three.   May 12, 1987.]

EDNA O. GRAHAM, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 85–2–02698–0, John J. Ripple, J., entered January 24, 1986. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Green and Thompson, JJ.

[No. 16785–5–I.   Division One.   May 13, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v. ALBERT WASHINGTON WEBB, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 85–1–00288–8, Frank D. Howard, J., entered June 27, 1985. *Dismissed* by unpublished per curiam opinion.

[No. 17350–2–I.   Division One.   May 13, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT ALLEN STEINKE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 85–1–02042–8, Frank J. Eberharter, J., entered October 22, 1985. *Dismissed* by unpublished per curiam opinion.